US DISTRICT COURT CENTRAL DISTRICT IL

SALIH BAKER
Plaintiff

No. 16 CV 1358

VS.

JOHN FERMON
Defendant

MOTION FOR RELIEF FROM JUDGEMENT PURSUANT TO RULE 60 B(2) and (6)

Now comes Salih Baker-Plaintiff, Moves this Court to grant RELIEF from the SUMMARY Judgement order for Defendant for the following reasons:

1. The Malicious Prosecution claim was Dismissed because the Dismissal NollaProsqui order was Part of a Plea Deal. The Plaintiff has Received a new Dismissal NolleProsqui order File August 16, 2021. Which no longer connect the Dismissal to a compromise or agreement.

2. The New Nolle Prosqui Dismissal order is Indicative of the accused Plaintiff's Innocence.

3. It took the Plaintiff Two years Past the Summary Judgement order to get the new evidence, which Passes the one year deadline.

1

WHEREFORE, The Plaintiff prays that this court grants Relief from the summary Judgement order for the Defendent and Reinstate the Malicious Prosecution claim.

DATE 10-8-21

Respectfully Submitted,
Salih Rahm

Subscribed and Sworn to Before me this
8 Day of October, 2021

Sharon L. Burtch
Notary Public

OFFICIAL SEAL
SHARON L BURTCH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

2

| | |
|---|---|
| STATE OF ILLINOIS ) <br> COUNTY OF MC LEAN ) | IN THE CIRCUIT COURT OF THE <br> ELEVENTH JUDICIAL CIRCUIT |

THE PEOPLE OF THE STATE OF ILLINOIS )

VS. SALIH BAKER ) NO. 2014-CF-1151

)

AMENDED  **MOTION TO DISMISS**

Now comes the People of the State of Illinois by the State's Attorney of McLean County, and moves this Court to:

- [x] nol-pros (all) Counts _____ of the above-entitled cause
- [ ] dismiss the Rule to Show Cause
- [ ] dismiss the Petition to Revoke

for the following reason(s): _decline to prosecute_

**FILED**
McLEAN AUG 1 6 2021 COUNTY
CIRCUIT CLERK

Date: 8-16-21

(Assistant) State's Attorney

**ORDER**

This cause, coming on to be heard on the foregoing motion, and the Court being fully advised in the premises:
IT IS, THEREFORE, ORDERED that (all) Counts ___ALL___

- [x] of the above-entitled cause be and the same is/are hereby nol-prossed.
- [ ] the Rule to Show Cause is hereby dismissed.
- [ ] the Petition to Revoke is hereby dismissed.

**FILED**
McLEAN AUG 1 6 2021 COUNTY
CIRCUIT CLERK

- [ ] Defendant is ordered to pay costs from bond.

- [ ] There is a warrant outstanding for Defendant's arrest on this charge. Said warrant is hereby recalled.

- [ ] Defendant is in custody of the McLean County Sheriff's Department on this charge. If Defendant is not being held on any other charges or detainers, said Department is hereby ordered to release Defendant from custody.

- [ ] Defendant's bond is ordered released, after it is applied to fine and costs in this cause, in accordance with applicable statutes.

- [ ] Defendant's bond is ordered transferred to case number _____ as well as all SOS supporting documents including Notice of SSS and officer's sworn report.

Date: 8-16-21

Judge

white: Court Copy
yellow: State's Attorney
pink: Defendant
goldenrod: Defense Attorney